# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

SHANNON TROY COFIELD,           ]
                                ]
    Petitioner,                 ]
                                ]
v.                              ]           4:11-cv-3542-JHH-RRA
                                ]
SHERIFF TODD ENTREKIN, et al.,  ]
                                ]
    Respondents.                ]

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this the  15th  day of November, 2011.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE